FILED

10 NOV 22  PM 12: 45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARD JACKSON III,<br><br>                              Plaintiff,<br><br>     vs.<br><br>BONNIE DUMANIS; et al.,<br><br>                              Defendants. | CASE NO. 10-CV-2200 BEN (NLS)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILING TO PREPAY CIVIL FILING FEES PURSUANT TO 28 U.S.C. § 1914(a) and/or FAILING TO MOVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(a) |

Plaintiff, a non-prisoner proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983.

**I. Failure to Pay Filing Fee or Request IFP Status**

Effective April 9, 2006, all parties instituting any civil action, suit or proceeding in a district court of the United States, other than a writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

In this case, Plaintiff has neither prepaid the $350 filing fee required to commence this action, nor has he submitted a Motion to Proceed IFP. Therefore, this action is subject to immediate dismissal pursuant to 28 U.S.C. § 1914(a).

**II. Conclusion and Order**

For the reasons set forth above, the Court hereby:

(1) DISMISSES this action sua sponte without prejudice for failing to pay the $350 filing fee or file a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2) GRANTS Plaintiff thirty (30) days leave from the date this Order is stamped "Filed" to: (a) prepay the entire $350 civil filing fee in full; or (b) complete and file a Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a) and S.D. Cal. Civ.LR 3.2.

IT IS FURTHER ORDERED that the Clerk of the Court shall provide Plaintiff with the Court's approved form "Motion and Declaration in Support of Motion to Proceed In Forma Pauperis." If Plaintiff fails to either prepay the $350 civil filing fee or complete and submit the attached Motion to Proceed IFP within the prescribed time period, this action shall remain dismissed without prejudice and without further Order of the Court.

**IT IS SO ORDERED**.

Date: November _22_, 2010

Hon. Roger T. Benitez
United States District Court Judge