```
                                              FILED

                                          2013 JAN 24  AM 11: 02

                                          CLERK US DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA

                                          BY: MD                  DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EDWARD JACKSON, III,<br><br>       Plaintiff,<br>vs.<br><br>BONNIE DUMANIS, District Attorney; WILLIAM D. GORE, Sheriff of San Diego County; CAPTAIN PENA, San Diego Central Jail Facility Commander; DR. NORANYO, Director of Psychiatry SDCJ; COUNTY OF SAN DIEGO, Central Detention Facility, George Baily Detention Facility and San Diego Psychiactric Hospital,<br><br>       Defendants. | CASE NO. 10-cv-2200-WQH (KSC)<br><br>**REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S REQUEST FOR PERMISSION TO FILE ELECTRONICALLY**<br><br>[Doc. No. 70.] |

On July 6, 2012, plaintiff Richard Edward Jackson, a former pretrial detainee proceeding *pro se* and *in forma pauperis*, filed a Request that he be permitted to file all documents pertaining to this case electronically.[1] [Doc. No. 70] The entirety of defendant's request reads as follows: "I Pro Se plaintiff Richard Edward Jackson III do humbly request that Honorable Hayes you would allow me to electronic file all court documents in this civil case." *Id.* For the reasons outlined below, the Court **RECOMMENDS** that plaintiff's Request be **DENIED**.

/ / /

---

[1] The Court assumes plaintiff is requesting permission to utilize the Case Management/Electronic Case Filing ("CM/ECF") system.

"A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." OFFICE OF THE CLERK, U.S. DIST. COURT FOR THE S. D. OF CAL., ELEC. CASE FILING ADMIN. POLICIES AND PROCEDURES MANUAL 8 (2012). Plaintiff's Request fails to demonstrate that he has the means to utilize the CM/ECF system by detailing his capabilities and access to the appropriate equipment and software. In addition, plaintiff failed to confirm his intention to comply with all CM/ECF rules and policies as required by the Office of the Clerk of the Court.

Accordingly, the Court **RECOMMENDS** that plaintiff's request to file all court documents electronically [Doc. No. 70] be **DENIED**.

This report and recommendation of the undersigned Magistrate Judge is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1).

**IT IS ORDERED** that no later than **30 days from issuance of this Order**, any party to this action may file written objections with the Court and serve a copy on all parties. The document should be captioned "Objections to Report and Recommendation Re: Electronic Filing."

**IT IS FURTHER ORDERED** that any reply to the objections shall be filed with the Court and served on all parties no later than **ten days after being served with the objections**. The parties are advised that failure to file objections within the specified time may waive the right to raise those objections on appeal of the Court's Order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

**IT IS SO ORDERED.**

Date: January 23, 2013

KAREN S. CRAWFORD
United States Magistrate Judge